UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SELMA OZTURK on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>AMSHER COLLECTION SERVICES, INC; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case Number: 2:21-cv-18317 (CCC)(JSA)<br><br>**CIVIL ACTION**<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Benjamin J. Wolf, Esq., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby withdraw this action with prejudice against AMSHER COLLECTION SERVICES, INC.

Dated: February 29, 2024

                                                   */s/ Benjamin J. Wolf*
                                                   Benjamin J. Wolf, Esq.
                                                   JONES, WOLF & KAPASI, LLC
                                                   375 Passaic Avenue, Suite 100
                                                   Fairfield, New Jersey 07004
                                                   (973) 227 5900 telephone
                                                   (973) 244 0019 facsimile
                                                   bwolf@legaljones.com
                                                   *Attorney for Plaintiff*

SO ORDERED

   s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   3/1/2024